PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Joshua Schechter**                               Docket No. **08-CR-813**

### Petition for Action on Conditions of Pretrial Release

    COMES NOW **Steve Casale** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Joshua Schechter**, who was placed under pretrial release supervision by the **Honorable Freda L. Wolfson** sitting in the Court at Trenton, New Jersey, on October 31, 2008, under the following conditions: $100,000 unsecured appearance bond, travel restricted to New Jersey, the Western District of Texas or as approved by Pretrial Services, defendant permitted to travel within the United States for employment with prior approval by Pretrial Services, surrender passport and not to apply for any new travel documents, drug testing and treatment as directed by Pretrial Services and mental health treatment as directed by Pretrial Services.

    Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER: the defendant be place on home incarceration with electronic monitoring with pre-approved absences for medical emergencies, religious services, substance abuse/mental health treatment, meetings with defense counsel and court only; defendant to reside with his parents at 2626 Hunter's Green, San Antonio, Texas, 78321; and the defendant's parents Louis and Roberta Schechter to serve as third party custodians.

ORDER OF COURT

Considered and ordered this 8th day of April, 2009 and ordered filed and made a part of the records in the above case.

_____
Honorable Freda L. Wolfson
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2009

_____
Steve Casale
U.S. Pretrial Services